IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTHONY MICHAEL BAILEY,

        Appellant,

v.                                    Case No.  5D15-2108

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed July 1, 2016

Appeal from the Circuit Court
for Volusia County,
Frank Marriott, Judge.

James S. Purdy, Public Defender, and
Anne Moorman Reeves and Jacqueline
Rae Luker, Assistant Public Defenders,
Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Andrea K. Totten,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

We affirm the judgment and sentence on appeal, without prejudice to Appellant

filing a motion pursuant to Florida Rule of Criminal Procedure 3.800(a).

AFFIRMED.

LAWSON, C.J., EVANDER and LAMBERT, JJ., concur.